UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
    Plaintiff
        v.                                              Civil No. 04-2030(SEC)

COMMONWEALTH OF PUERTO RICO, et al.
    Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 52 Motion to Disqualify Counsel and Motion to Compel** | **DENIED WITHOUT PREJUDICE**. If warranted, the Court will revisit this issue once it rules on the pending dispositive motions. |
| **Docket # 58 Motion for Protective Order** | **MOOT.** See ruling in Docket # 52. |
| **Docket # 65 Amended Motion for Extension of Time** | **GRANTED**. The Court will set a new deadline for the filing of the Joint Pretrial Memorandum, if necessary, once it issues a ruling on the pending dispositive motions. |
| **Docket # 66 Motion Requesting Status Conference** | **DENIED.** The Court will schedule a Status Conference, if necessary, once it rules on the pending dispositive motions. |

| MOTION | RULING |
|---|---|
| **Docket # 68 Motion to Withdraw Attorney as to Maria Judith Surillo** | **GRANTED.** |
| **Dockets ## 69-71, 74-75 Motion to Dismiss Without Prejudice** | **GRANTED in part and DENIED in part.** Plaintiff has filed a motion requesting dismissal without prejudice of its claims against the Employees' Retirement System of the Puerto Rico Power Authority ("PREPA"), the Puerto Rico System of Annuities and Pensions for Teachers ("TRS") and the University of Puerto Rico Retirement System ("UPR") (Dockets ## 69-70). PREPA and TRS filed oppositions (Dockets ## 71 & 75) and Plaintiff replied (Docket # 74). <br><br> In the Amended Complaint, Plaintiff alleges that Puerto Rico Law 447 ("Law 447") and Puerto Rico Law 225 ("Law 225") do not comport with Age Discrimination in Employment Act ("ADEA") requirements. As such, Plaintiff avers that inasmuch as Law 447 and Law 225 apply to Defendants– government retirement systems–, certain government employees were discriminated because of their age in violation of ADEA. In its motion to dismiss, however, Plaintiff affirms that neither Law 447 nor Law 225 apply to PREPA, TRS or UPR. As such, it requests dismissal of its claims against them. <br><br> Dismissal will be **GRANTED** but with prejudice. First, PREPA, TRS and UPR have already answered Plaintiff's Amended Complaint. Furthermore, it is clear that Plaintiff's claims of discrimination are circumscribed to the application of Law 447 and Law 225. Given that these laws do not apply to PREPA, TRS nor UPR, dismissal with prejudice is appropriate. This dismissal will not operate as *res judicata* for any other claims of discrimination that Plaintiff might have against PREPA, TRS or UPR. Therefore, the Amended Complaint against PREPA, TRS and UPR will be **DISMISSED WITH PREJUDICE**. Partial Judgment will be entered accordingly. |
| **Docket # 72 Motion for Extension of Time** | **MOOT.** |
| **Docket # 74 Motion for Leave to File Reply** | **GRANTED**. |

3

| MOTION | RULING |
|---|---|
| **Docket # 80 Motion to Withdraw Attorney Aquino-Ramos** | **GRANTED**. |

DATE:   July 18, 2006

                                                                               S/ Salvador E. Casellas
                                                                               SALVADOR E. CASELLAS
                                                                               U.S. Senior District Judge